UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 23- **01072** |
| | ) |
| Defendant No. 1: Approximately $1,557 in U.S. | ) |
| currency seized on June 5, 2018, from | ) |
| S-Therapy, xxx E. Crawford Street, Salina, Kansas; | ) |
| | ) |
| Defendant No. 2: Approximately $1,763.00 in U.S. | ) |
| currency seized on June 5, 2018, from Sunflower | ) |
| Massage, xxx S. Kansas Avenue, Suite x and x, | ) |
| Topeka, Kansas; | ) |
| | ) |
| Defendant No. 3: Approximately $2,081.66 seized | ) |
| from GBC International Bank account #xxxx6028, | ) |
| styled as Lianhua Li, located at 168 West Garvey | ) |
| Avenue, Monterey Park, California; | ) |
| | ) |
| Defendant No. 4: Approximately $12.10 seized | ) |
| from GBC International Bank safety deposit box | ) |
| #xxx04, located at 168 West Garvey Avenue, | ) |
| Monterey Park, California, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **COMPLAINT FOR FORFEITURE IN REM**

Plaintiff, United States of America, by and through its attorneys, Kate E. Brubacher,

United States Attorney for the District of Kansas, and Annette Gurney, Assistant United States

Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule

G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1.     This is an action to forfeit and condemn to the use and benefit of the United States

of America the above-captioned property (hereinafter defendants), for conspiracy to violate and

violations of 18 U.S.C. § 1952.

## THE DEFENDANTS IN REM

2.     The defendants consist of:

A.     Approximately $1,557 in U.S. currency seized on June 5, 2018, from S-
THERAPY, xxx E. Crawford Street, Salina, Kansas;

B.     Approximately, $1,763.00 in U.S. currency seized on June 5, 2018, from
Sunflower Massage, xxx S. Kansas Avenue, Suite x and x, Topeka,
Kansas;

C.     Approximately $2,081.66 seized from GBC International Bank account
#xxxx6028, styled as Lianhua Li, located at 168 West Garvey Avenue,
Monterey Park, California; and

D.     Approximately $12.10 seized from GBC International Bank safety deposit
box #xxx04, located at 168 West Garvey Avenue, Monterey Park,
California.3.

3.     Defendants No. 1 and 2 were seized by the Federal Bureau of Investigation (FBI)

on or about June 5, 2018 in the District of Kansas.  Defendants No. 3 and 4 were seized in the

Central District of California.   The defendants are currently in the custody of the United States

Marshal Service or the FBI.

## JURISDICTION AND VENUE

4.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the

defendant property.   This Court has jurisdiction over an action commenced by the United States

under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355.

5.     This Court has *in rem* jurisdiction over the defendants under 28 U.S.C. §1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. §1355(d) and Supplemental Rule G(3)(c).

6.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. §1395, because the defendants are located in this district.

## BASIS FOR FORFEITURE

7.     The defendants are subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C) because they constitute proceeds derived from the conspiracy to commit and violations of 18 U.S.C. § 1952

8.     Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.   Such facts and circumstances supporting the seizure and forfeiture of the defendants are contained in Exhibit A which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in* rem for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

3

The United States hereby requests that trial of the above-entitled matter be held in the

City of Wichita, Kansas.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

/s/ Annette Gurney
ANNETTE GURNEY, #11602
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Annette.gurney@usdoj.gov

4

### **DECLARATION**

I, Justin Broxterman, Task Force Office with the Federal Bureau of Investigations (FBI) in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____28_____ day of April, 2023.

Justin Broxterman
TFO
Federal Bureau of Investigation

5

## **AFFIDAVIT IN SUPPORT OF COMPLAINT FOR FORFEITURE**

1.  I am a duly certified law enforcement officer under the laws of the State of Kansas employed by the Topeka Police Department. I have 20 years of experience as a law enforcement officer and have had numerous hours of professional law enforcement training in the detection and investigation of criminal offenses. I have written and/or executed over one hundred and fifty (150) search warrants and I have participated in the execution of numerous other search warrants. I am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. As a Topeka Police Officer and a TFO with the FBI I have been assigned to investigate computer crimes to include violations against children. Having been deputized by the U.S. Marshal Service as an FBI TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.  The information contained in this affidavit is based on my personal observations and training and where noted, information related to me by other law enforcement officers and/or agents. This affidavit does not include every fact and detail known to me concerning this investigation, but instead sets forth only the material facts I believe are necessary to support a complaint for forfeiture for the following assets:

> A. Approximately $1,557 in U.S. currency seized on June 5, 2018, from S-THERAPY, XXX E. Crawford Street, Salina, Kansas;
>
> B. Approximately, $1,763.00 in U.S. currency seized on June 5, 2018, from Sunflower Massage, XXX S. Kansas Avenue, Suite A and B, Topeka, Kansas;
>
> C. Approximately $2,081.66 seized from GBC International Bank account XXXX6028, styled as Lianhua Li, located at 168 West Garvey Avenue, Monterey Park, California; and
>
> D. Approximately $12.10 seized from GBC International Bank safety deposit box #xxx04, located at 168 West Garvey Avenue, Monterey Park, California.

## I.    INTRODUCTION/OVERVIEW

3.    On January 9, 2017, Detective Rachel Larson of the Salina Police Department contacted FBI Special Agent (SA) Ashley Davis and me with information regarding suspected commercial sex acts taking place at S-THERAPY, XXX E. Crawford Street, Salina, Kansas. Detective Larson had received information indicating the clientele for S-THERAPY, which purports to be a massage parlor, was comprised of only male customers, and that these male customers visited the business late at night. When Detective Larson began investigating the reported illegal sex acts taking place at S-THERAPY, she determined that LIAN HUA LI was the operator of the business.

4.    Thereafter, the Kansas City Division of the FBI opened its investigation into what was occurring at S-THERAPY and at another massage business owned by LI, which was Sunflower Massage, XXX S. Kansas Avenue, Suite X and X, Topeka, Kansas.

5.    The other law enforcement agencies participating in the investigation included the Topeka Police Department, Douglas County Sheriff's Office, and the Salina Police Department. As part of the investigation, the following was conducted: physical surveillance, undercover operations, trash covers, examination of records and documents, review of statements made on Internet websites dedicated to individuals receiving sexual services at Asian Massage Parlors (AMPs), and the attainment of a tracking device by state warrant.

6.    While the overall investigation identified several individuals engaged in or otherwise promoting prostitution, this affidavit will focus on the following individuals:

> A.    LIAN HUA LI, also known as (aka) LIANHUA LI, the operator of SUNFLOWER MASSAGE and S-THERAPY;
>
> B.    E. MILLS, an associate of LI, the operator of SUNFLOWER MASSAGE, and promoter of illegal activity occurring at S-THERAPY;

2

## II.    INVESTIGATION

### A.    UNDERCOVER OPERATIONS

SUNFLOWER MASSAGE

7.      On September 19, 2016, Agents/TFOs of the FBI conducted an undercover operation at SUNFLOWER MASSAGE (hereafter SUNFLOWER).  During the operation, FBI Undercover Employee (UCE) 3551 entered the establishment and was escorted into a massage room by an older Asian female.  UCE-3551 paid $40 for a half hour massage.  During the massage, the female massaged USC-3551's shoulders and then began touching his penis with her hand.  UCE-3551 asked how much manual stimulation would cost, and then he and the female discussed prices for various sexual acts.  The female pointed to her lips and indicated she charged $80 for oral sex.  The female then made a motion with her hand to simulate a sexual act, and stated it was $40 for manual stimulation.  UCE-3551 did not engage in any further sexual contact with the female.  When the massage ended, UCE-3551 tipped the female $20 and left.

S-THERAPY

8.      On February 09, 2017, Agents/TFOs of the FBI conducted an undercover operation at S-THERAPY.  During the operation, FBI UCE-4198 entered the establishment and was greeted by an Asian female later identified as LIAN HUA LI (LI).  UCE-4198 paid $40 for a half hour massage.  After paying, LI walked UCE-4198 into a room, instructed him to undress, and then left the room.  As UCE-4198 lay face down on the massage table, a different Asian female entered the room.  During the massage, the female massaged UCE-4198's buttocks and genitals.  After UCE-4198 rolled over, the female began running her hand over UCE-4198's genitals.  She looked at UCE-4198 and began masturbating him.  When UCE-4198 asked how much, the female giggled and shrugged her shoulders, then looked at UCE-4198 and shook her

3

head up and down asking UCE-4198, non-verbally, if UCE-4198 wanted her to continue.

Thereafter, UCE-4198 stopped the massage.  After exiting the massage parlor and starting to

enter his car, LI opened the door of S-THERAPY, smiled, waved, and said words UCE-4198

could not distinguish.  UCE-4198 re-entered S-THERAPY.  LI was no longer in the main room,

so UCE-4198 returned to his vehicle and left the area.

### B.    INTERVIEWS OF MALE PATRONS

#### SUNFLOWER MASSAGE

9.      On August 15, 2017, SA Davis and I conducted physical surveillance in the

vicinity of SUNFLOWER.  We observed a male exit SUNFLOWER and walk north on Kansas

Avenue to his vehicle.  We were able to obtain the identity of the man through the vehicle's

registration, who will be identified in this affidavit as R.R.

10.      On August 23, 2017, SA Davis and I interviewed R.R. regarding SUNFLOWER.

R.R. indicated he had been to SUNFLOWER five or six times since April 2016.  Every time

R.R. was at SUNFLOWER, he saw different Asian females working there.  R.R.'s most recent

visit to SUNFLOWER occurred on August 15, 2017.  The female gave R.R. a massage and when

he flipped over onto his back, the Asian female began manually stimulating his penis without

any additional indication from R.R.  R.R. explained that at each visit, the female usually offers

him manual stimulation around 50 minutes into his massage, and R.R. has always

accepted.  R.R. advised that he typically pays $60 for an hour massage and then tips them an

additional $20 for the sex act.

11.      On August 23, 2017, SA Davis and TFO Broxterman interviewed R.P. regarding

SUNFLOWER.  R.P. advised he had been to SUNFLOWER at least three times since June 2017

and every time a different female gave him a one-hour massage.  R.P.'s last visit to

SUNFLOWER occurred on August 15, 2017. Initially, R.P. indicated that he paid $60 for an hour massage and gave the female a $20 tip. R.P. eventually admitted that he agreed to manual stimulation of his penis by the female. R.P. recalled that towards the end of his massage, the female made a sexual motion with a closed fist, which R.P. knew to mean she was offering manual stimulation. After the massage was over, R.P. gave the female an additional $50 for the sexual service.

12.     On August 25, 2017, SA Davis spoke with R.P. by telephone after receiving notice that R.P. had made a call to Kansas City Division of the FBI requesting to speak with SA Davis. R.P. indicated that he had not been completely honest during his initial interview. R.P. advised that for the past year he had been a patron of SUNFLOWER and had visited the business at least once per month during that time. The first time R.P. visited SUNFLOWER, he did not know sexual services were offered. R.P. was startled when during this visit, the female asked whether he wanted manual stimulation of his penis. R.P. stated that he declined the initial offer. However, at every other visit, R.P. was solicited and did accept the offer of manual stimulation. R.P. indicated that the entrance to SUNFLOWER on Kansas Avenue is always locked and customers must be buzzed in.

13.     On April 25, 2018, SA Davis and I conducted physical surveillance in the vicinity of SUNFLOWER and observed a male exit his vehicle and walk to the entrance to SUNFLOWER. The man rang the bell and entered the business. The male was inside for approximately 24 minutes, then exited SUNFLOWER and got into his vehicle. We were able to obtain the identity of the man through the vehicle's registration, who will be identified in this affidavit as B.H.

14.     On May 2, 2018, SA Davis and TFO Broxterman interviewed B.H., who acknowledged that he was a patron of SUNFLOWER on April 25, 2018. B.H. found SUNFLOWER by searching for massage parlors on the internet. B.H. stated that he had been to SUNFLOWER one time prior to his most recent visit, which occurred approximately three months ago. The massages were given by two different Asian females. B.H. stated that at the end of his first massage, the female worker said "Ok?" and touched his penis through a towel. B.H. had not expected an offer of sexual services and declined out of surprise. However, B.H. admitted that when he went back to SUNFLOWER the second time, he knew that the female worker would most likely offer him a sexual service. The female massaged B.H's back and buttocks, and briefly touched his genitals while B.H. lay on his stomach. B.H. then allowed the female to massage his genitals for several minutes while he laid on his stomach. When the female asked B.H. to turn over onto his back, B.H. refused, which he thought surprised the female. B.H. explained that he did not turn over because he felt guilty about allowing the female to stimulate his genitals. B.H. recalled that he paid $60 each for the massages and tipped both females an additional $20.

### S-THERAPY

15.     On May 18, 2017, Detective Larson was contacted by K.G., who worked at the business next door to S-THERAPY to advise that a customer she had reported earlier to law enforcement was back at the massage parlor. Detective Larson was able to identify the customer through the registration of the vehicle and an interview of an employee of the business to which the car was registered. This customer will be referred to as K.B.

16.     On July 27, 2017, Detective Larson interviewed K.B. regarding S-THERAPY. K.B. stated that he goes to S-THERAPY once every other week and pays $60 for a one-hour

massage plus a $10-$20 tip. K.B. estimated that he had been a customer of S-THERAPY for about a year and a half. K.B. advised there are only one or two females at a time who work at S-THERAPY. K.B. described one of the females as an older, thin Asian female known as Lucy. K.B. admitted to soliciting women at S-THERAPY for a hand job during past visits. K.B. admitted that he might have received manual stimulation approximately one year ago at S-THERAPY. K.B. did not have to pay extra for the manual stimulation as it was included in the cost of the massage. No additional conversation about cost was discussed with the female. K.B. positively identified LIAN HUA LI as Lucy and stated that he has seen her at the business multiple times. K.B. advised he was at S-THERAPY earlier on the same day as the interview, and he saw LI while he was there. K.B. received a massage, for which he paid $60.

17.     On April 27, 2018, Detective Larson was contacted by a Salina dispatcher who requested that Detective Larson contact a female regarding the sale of sexual relations at S-THERAPY. Detective Larson contacted the individual, who is identified by the initials C.H. C.H. advised that on April 23, 2018, C.H. followed her boyfriend to S-THERAPY and entered the business through the back door. She walked to the front of the business and observed an Asian female at the front desk. C.H. demanded to know where her boyfriend was, at which point the female pointed to the only closed door down the hall. C.H. opened the door and observed an approximately 30- to 40-year-old Asian female on top of her boyfriend and they were engaged in sexual intercourse. C.H.'s boyfriend was lying on the massage table with the Asian female on top of him. C.H. confronted her boyfriend and he admitted he pays $40 for 30 minutes or $60 for an hour of time at S-THERAPY. Detective Larson provided C.H. with a photograph of LI to attempt to identify the females C.H. observed in the business. C.H. identified LI as the female having sex with her boyfriend.

7

## C.   TRASH COVERS

<u>SUNFLOWER MASSAGE</u>

18.     From April 1, 2016 through August 11, 2017, the Topeka Police Department and the FBI conducted various trash covers at the dumpsters located directly behind SUNFLOWER, and the items discovered included:

(A)     On April 1, 2016, the Topeka Police Department conducted a trash cover and recovered a torn 3-pack condom box inside an empty tissue box.

(B)     On April 08, 2016, the Topeka Police Department conducted a trash cover and recovered several US Bank documents with the name "LianHua Li" and an account number ending in "9723" printed at the top of each page.  It was later determined through US Bank records that the US Bank account ending in 9723 belonged to LIAN HUA LI.

(C)     On April 22, 2016, the Topeka Police Department conducted a trash cover and recovered handwritten rent receipts for XXX S. Kansas Avenue, Apartment X, dated June 5, 2015 through August 6, 2015.  The receipt from August 6, 2015, indicated the rent payment was from LIAN HUA LI.  Also recovered were handwritten receipts for rent payments in the amount of $1,400 for XXX S. Kansas Avenue, Apartment X and X, dated October 7, 2015 through December 5, 2015, which were all received from LIAN HUA LI.

(D)     On April 29, 2016, the Topeka Police Department conducted a trash cover and recovered an empty 36-count box of condoms.

(E)     On July 1, 2016, SA Davis and I conducted a trash cover and recovered a torn US Bank deposit receipt for an account ending in 9723 in the amount of $500 on June 27, 2016.  The ending account balance printed on the receipt was $22,247.93.

8

(F)     On August 03, 2017, SA Davis and I conducted a trash cover and recovered a US Bank receipt in the amount of $500.00, dated June 11, 2017. The receipt is printed in Asian writing and lists two account numbers ending in 7892 and 9723.

### S-THERAPY

19.     From December 20, 2016 through August 11, 2017, Detective Larson conducted various trash covers at the dumpsters in the vicinity of S-THERAPY and the items discovered included:

(A)     On December 20, 2016, Detective Larson conducted a trash cover and recovered a business card for S-THERAPY and a handwritten note with "Lianhua" written on it.

(B)     On January 17, 2017, Detective Larson conducted a trash cover and recovered two boxes of S-THERAPY business cards, a handwritten receipt from LI for $1,400 for rent at XXX S. Kansas Avenue, Topeka, and a Greyhound bus ticket for LI from Topeka to Salina, Kansas on October 27, 2016.

## D.     SURVEILLANCE

### SUNFLOWER MASSAGE

20.     On September 05, 2017, SA Davis noted that a white Toyota Rav4, Kansas license plate 492KEV, was parked on Kansas Avenue in front SUNFLOWER. This vehicle was registered to LI.

### S-THERAPY

21.     On the evening of November 30th, 2016, Detective Larson observed a neon "Open" sign in the front window of S-THERAPY, but the rest of the business was dark. A white 2017 Toyota Rav4, Kansas tag 492KEV, registered to LI, was parked in the alcove near the back door of the business. At approximately 2100 hours, the open sign was turned off from inside the

9

business. No one was observed leaving the business after it closed. The vehicle appeared to stay parked behind the business and was still parked behind the business at approximately 0800 hours on December 1, 2016.

22. On December 9, 2016, a surveillance camera was installed outside of S-THERAPY. Between December 9, 2016 and December 11, 2016, Detective Larson observed a tall white male matching the description of E. MILLS driving a white Toyota Rav 4, Kansas license plate 492KEV, registered to LI. Each day, several different males were seen parking in front of the business and entering S-THERAPY through the front door. The males stayed approximately one hour, then exited out the front door of the business and left in their vehicles.

23. While reviewing surveillance video of S-THERAPY from December 27, 2016, Detective Larson observed an older model pickup truck matching the description of MILL'S pull up to the front of the business. A white male matching the description of MILLS exited the vehicle as an Asian female exited the front of the business with bags. The male placed the items in the back of the truck while the female locked the front of the business, then the male and female left in the truck together.

24. Detective Larson reviewed surveillance camera footage of S-THERAPY from December 9, 2016 through February 9, 2017. Detective Larson noted that between one to five different vehicles parked daily in front of the business for approximately an hour in duration. Only male clients were seen entering and exiting the business. If a client was already inside the business when a second entered, the second client left the business shortly after and usually returned later the same day.

25. On February 18, 2017, Detective Larson obtained a state search warrant to place a Global Positioning System (GPS) unit on the Toyota Rav 4, Kansas license plate 492KEV,

10

registered to LI.  On February 25, 2017, between 1308 hours and 1337 hours, the GPS indicated

the Toyota Rav 4 was driven to the Kansas Star Casino located at 777 Kansas Star Drive,

Mulvane, Kansas.  The vehicle remained parked at the Kansas Star Casino for approximately 29

minutes.  Detective Larson made contact with Kansas Racing and Gaming Commission Agent

Pentacost who positively identified LI and MILLS inside the casino.  Agent Pentacost advised

that LI and MILLS laundered about $2,000 through the casino by putting money into slot

machines and cashing out without legitimately playing the machines.

### E.      RECORDS RECEIVED FROM BACKPAGE.COM

#### SUNFLOWER MASSAGE

26.      On March 28, 2016, SA Davis located an advertisement for SUNFLOWER, XXX

S. Kansas Avenue, Suite X, Topeka, Kansas 66603, telephone number (785) 338-XXXX on the

internet website, Backpage.com.  The advertisement mentioned "New Private Rooms," a "Free

Shower," and stated "Four Hands Available."

27.      Records from Backpage.com for advertisements using the telephone number

(785) 338-XXXX show there was an advertisement for SUNLOWER dated January 6, 2017.

The address for the business was XXX S. Kansas Avenue, Topeka, Kansas.   The customer name

was identified as LI.  The associated mobile telephone number was (785) 393-XXXX.

Subscriber information for this telephone number was MILLS as set out in paragraph 29.

#### S-THERAPY

28.      Detective Larson located advertisements for S-THERAPY on Backpage.com on

several dates in November and December 2016.  The postings advertised traditional Chinese

massage and mentioned a shower was available for relaxation.  The advertisements were posted

11

by the same user who also posted an advertisement for SUNFLOWER, located at XXX South Kansas Avenue, Suite X, in Topeka.

### F.    SUBSCRIBER INFORMATION

29.    On April 17, 2018, SA Davis received subscriber and billing information pertaining to telephone number (785) 393-XXXX.  The customer was identified as MILLS, XXXXX Chieftain Road, Lawrence, Kansas 66044.  Service began on March 2, 2002, and was active throughout the investigation.

### G.    THIRD PARTY INTERVIEWS

#### SUNFLOWER MASSAGE

30.    On November 18, 2016, SA Davis interviewed J.S., the owner of 3 Flowers Metaphysical Treasures, which was located in the same building directly below SUNFLOWER. J.S. indicated that she had been in business at her current location since approximately 2008.  J.S. advised that there are three or four Asian females living and working at SUNFLOWER.  J.S. stated that a few months ago, the sewage pipe at 3 Flowers Metaphysical Treasures became clogged and J.S.'s store manager called a plumber to fix the problem.  The plumber advised the store manager that the blockage was caused by multiple condoms that had been flushed down the toilet.

31.    On December 2, 2016, SA Davis made contact with M.B. a Teller Coordinator for U.S. Bank, XXX S. Kansas Avenue, Topeka, Kansas 66603, which is in close proximity to SUNFLOWER.  M.B. was shown a photograph of LI, whom he positively identified.  M.B. indicated that LI was a customer at U.S. Bank.  M.B. stated that LI often came into the bank with a large amount of cash, usually in small bills.

12

32.     On September 12, 2017, SA Davis and I interviewed M.C. regarding SUNFLOWER. M.C. advised that he owns business space at XXX S. Kansas Avenue, and SUNFLOWER is located on the second floor in Apartments X and X.   About three years ago, another Asian female named LIAN HUA LI took over the business.  LI expanded the business and currently occupies Apartment X and X on the second floor of XXX S. Kansas.  LI also makes her rent payments in cash.  M.C. provided SA Davis with a copy of the initial lease agreement with LIAN HUA LI for the property located at XXX S. Kansas Avenue, Suite X, Topeka, Kansas, dated May 21, 2015.  The term of the lease was June 1, 2015 through May 31, 2016.

H.     **OTHER INVESTIGATIVE ACTIVITY**

SUNFLOWER MASSAGE

33.     On May 17, 2018, Topeka Police Officers attempted to enter SUNFLOWER, but found the door locked.  Upon pressing the buzzer at the front door, the officers were allowed entry.  Officers made contact with one of the females at SUNFLOWER who stated that she would get someone to speak with them as she spoke little English.  A second female in her 30s indicated she was not the owner of SUNFLOWER and she did not speak English well.  The female pulled out her cellular telephone and searched for an individual identified in her phone as "Mak," with the telephone number (785) 393-XXXX.  (This telephone number is subscribed to by MILLS; see paragraph 29).  This second female provided this name and telephone number to officers and stated that "Mak" spoke English and would contact officers if he had any issues. The female agreed to provide "Mak" with a business card left by one of the officers.  The officers left shortly thereafter.

34.     On May 18, 2018, another TPD officer working in the area of SUNFLOWER was

flagged down by an individual he identified as MILLS.  MILLS wanted to speak with the officer

regarding the contact TPD officers had at SUNFLOWER the day before.  MILLS identified

himself as the owner of SUNFLOWER.  MILLS indicated that he was running a legitimate

massage business, but that he was aware there had been "shady" activity at the business when it

was owned by another individual.  MILLS provided the TPD officer with his cellular telephone

number, (785) 393-XXXX.  MILLS also stated that his girlfriend, whom he did not identify,

lived inside SUNFLOWER.

S-THERAPY

35.     In January 2017, Detective Larson checked the water records for S-THERAPY,

which revealed that water service for the business was in the name of LIAN HUA LI as of

September 19, 2016.

36.     Detective Larson contacted the owner of the building where S-THERAPY was

located.  Dr. A. advised that in approximately September of 2016, the tenant told Dr. A. she had

to move to Kansas City and asked permission to have LI take over her rental agreement, to which

Dr. A. consented.

## III.    MONEY LAUNDERING ACTIVITY

LIAN HUA LI

37.     On August 30, 2016, SA Davis received gambling records from Prairie Band

Casino, located in Mayetta, Kansas, that pertained to LI and MILLS.  The following is a

summary of those records:

A.     On October 07, 2015, LI inserted $800 in $20 bills and $500 in $20 bills

into two different slot machines.  LI printed three tickets with no games played.

14

B.      On October 10, 2015, LI inserted $1,020 in $20 bills into a slot machine. LI printed two tickets with four games played.

C.      On October 18, 2015, LI inserted $4,240 in $20 bills into a slot machine. She printed four tickets with 59 games played. LI also inserted $480 in $20 bills into a second slot machine. She cashed out two tickets for $400 and $0.65.

D.      On October 31, 2015, LI inserted $3,000 in $20 bills into a slot machine. She printed three $1,000 tickets with no games played. LI was escorted off the premises by an employee of Prairie Band Casino and subsequently banned from the property for suspicion of money laundering.

E.      On February 26, 2016, LI returned to the casino with MILLS, where LI inserted $1,100 in $20 bills and $30 in $10 bills into multiple slot machines with little to no play. MILLS also inserted $2,920 in $20 bills, $100 in $10 bills, and a $5 bill into multiple machines with little to no play. LI and MILLS cashed out approximately $4,000.

38.      SA Davis received banking records from Bank of America for accounts XXXXXXXX4329 and XXXXXXXX2623, in the name of LIANHUA LI, XXX N. Lincoln Avenue, Monterrey Park, California 91755, from December 10, 2014 through March 10, 2016. A financial analysis of these accounts was conducted by an FBI Financial Analyst (hereafter "FA") with the following results:

A.      LI held the only signature authority for both accounts.

B.      The majority of deposits for account XXXXXXXX4329 consisted of cash totaling $18,040. There was also one $4,000 transfer from account XXXXXXXX2623. Account XXXXXXXX4329 was closed on February 1, 2016 and the ending balance was $3,480.16.

C. The majority of deposits for account XXXXXXXX2623 consisted of cash totaling $37,660. There was also one $4,000 transfer from account XXXXXXXX4329. Account XXXXXXXX2623 was also closed on February 1, 2016 and the ending balance was $9,425.53.

39. SA Davis received banking records from U.S. Bank for account XXXXXXXX9723, in the name of LIAN HUA LI, XXX S. Kansas Avenue, Apartment X, Topeka, from March 14, 2016 through December 9, 2016. A financial analysis of this account was conducted by an FBI FA with the following results:

A. LI held the only signature authority for the account. LI was listed as "self-employed" on the signature card.

B. Deposits to the account consisted of cash deposits totaling $19,900 and two Bank of America cashier's checks. The cashier's checks were dated April 8, 2016, but were not deposited until June 20, 2016 and were written in the amount of $3,480.16 and $9,425.53.

C. A withdrawal of $15,007 was made on November 2, 2016, which was used to fund a cashier's check for $15,000 to Conklin Cars, located in Salina, Kansas.

40. SA Davis received records pertaining to a vehicle purchase by LI from Conklin Cars on November 2, 2016. The retail installment sales contract indicated that LI purchased a 2017 Toyota Rav4, Vehicle Identification Number (VIN) JTMBFREV3HJ113432, for $30,712.74, and made a down payment of $15,000 towards the purchase of the vehicle. On the credit application, LI identified herself as a physical therapist at S-THERAPY.

41. On February 25, 2017, LI and MILLS visited Kansas Star Casino. Detective Larson reviewed surveillance video provided by the casino and positively identified LI and MILLS inside the casino. MILLS inserted $510 in $20 bills and one $10 bill into a slot machine

16

and printed a voucher with no play. At the same time, LI inserted $500 in $20 bills into another slot machine next to MILLS and printed a voucher with no play. LI then walked up to a cage window and cashed in $500 in $20 bills for five $100 bills. Two minutes later, MILLS walked up to the next cage window and cashed in $500 in a combination of $20 bills, $5 bills, and a $10 bills for five $100 bills. Shortly thereafter, MILLS redeemed the two vouchers printed earlier from the slot machines, inserted two $10 bills into a slot machine, and engaged in minimal play. MILLS cashed out a voucher for $41.35, redeemed it, then he and LI left the casino. From the surveillance video, Detective Larson was able to observe LI and MILLS exit the casino, enter a white Toyota Rav 4, Kansas tag 492KEV, and exit the parking lot of the casino.

## GBC International Bank Account XXXX6028 and Safe Deposit Box Number XXX049, Styled as LIANHUA LI

42.    SA Davis reviewed banking records from GBC International Bank, 168 West Garvey Avenue, Monterey Park, California, for account XXXX6028, in the name of LIANHUA LI, XXX North Lincoln Avenue, Monterey Park, California 91755, from March 16, 2015 through March 31, 2018. A financial analysis of this account was conducted with the following results:

A.    LI held the only signature authority for this account, and the account was opened with a $1,000 cash deposit. At this time, LI also rented a safe deposit box, number XXX049. Li provided an address of XXXXX Chieftan Road, Lawrence, Kansas 66044, on the application to the safe deposit box, but provided an address of XXX North Lincoln Avenue, Monterey Park, California 91755, on the application to open savings account number XXXX6028. On both applications, LI provided employment information as being a massage therapist at Love Heart Foot Spa.

17

B.       Between March 16, 2015 and October 1, 2017, the only withdrawals from account number XXXX6028 were annual transfers in the amount of $45.00 to pay for safe deposit box number XXX049 and a withdrawal of $300.00 in cash on May 9, 2016.  The only deposits to this account were interest accrued.

C.       On October 10, 2017, LI deposited six $1,000 MoneyGram money orders, payable to LIANHUA LI, into account number XXXX6028 via counter deposit.  These money orders were purchased in Kansas.  On the same date, LI accessed safe deposit box number XXX049 at GBC International Bank.   On October 13, 2017, LI withdrew approximately $5,000 in cash from account number XXXX6028.

D.       On November 8, 2017, LI deposited approximately $1,500 in cash into savings account number XXXX6028.

E.       On March 15, 2018, LI deposited $4,000 in money orders to account number XXXX6028 via counter deposit, which was comprised of two Western Union money orders of $1,000 each payable to LIANHUA LI and two United States Postal Service money orders of $1,000 each payable to LIANHUA LI.  These money orders were purchased in Kansas. On the same date, LI accessed safe deposit box number XXX049 at GBC International Bank.

F.       LI accessed safe deposit box XXX049 approximately 22 times between December 14, 2015 and March 15, 2018.  Bank records reviewed by SA Davis show travel by LI to California when safe deposit box XXX049 was accessed and when deposits were made to account XXXX6028.

43.     Records received from the Kansas Department of Labor indicate there were no wages reported for LI in the state of Kansas.  In addition, there were no wages reported for LI in any other state in the past four quarters prior to January 11, 2017.

18

44.     SA Davis received letters from the Kansas Department of Revenue indicating there were no wages reported for SUNFLOWER or S-THERAPY in the state of Kansas.

45.     On May 30, 2018, LIAN HUA LI and E. MILLS were indicted in United States District Court, District of Kansas Case No. 18-40053, for violations of the following:  one count of Title 18, United States Code, Section 371 (Conspiracy); one count of Title 18, United States Code, Section 1952(a)(3) and (b)(i)(1) (Interstate Transportation in Aid of Racketeering Enterprises); one count of Title 18, United States Code, Section 1952 (a)(1) and (b)(i)(1) (Interstate Transported in Aid of Racketeering Enterprises); one count of Title 18, United States Code, Section 1956 (h) (Conspiracy); and four counts Title 18, United States Code, Section 1956(a)(1)(B)(i) (Laundering of Monetary Instruments).  The charges against LI are still pending.  On April 23, 2019, the Court entered an order granting the joint motion of the United States and MILLS for deferred prosecution.  On April 23, 2020, the Court dismissed the prosecution against MILLS after MILLS successfully completed his diversion requirements.

46.     On June 5, 2018, search warrants were conducted at SUNFLOWER AND S-THERAPY.  In addition, MILLS was arrested.  It was determined through an interview of MILLS that LI was in China.  MILLS advised he would pick up money once per week from the massage parlors and collected a little more than $1,000 per week from each parlor.

47.     During the search of S-THERAPY, approximately $1,557.00 in United States currency was located in various locations inside the business.  Approximately $1,000.00 was located in a ceiling cubby hole located in the west wall and approximately $540.00 was located with three ledger books documenting the massages that were given.  This is one of the assets for which forfeiture is sought.

19

48.     During the search of SUNFLOWER MASSAGE, approximately $1,763.00 in United States currency was located in various locations.  Inside a black pouch inside the dryer duct was approximately $1,127.00 and approximately $183 was located on a massage table in a white envelope.  This is one of the assets for which forfeiture is sought.

49.     During the execution of the warrant at SUNFLOWER, law enforcement interviewed V1, a worker at SUNFLOWER.  V1 said that the terms of the business are 4 – 6 customers per day, $10 house fee, 60% housekeeping fee, and the worker keeps any tips from providing sexual services.  V1 said that MILLS was the owner's boyfriend who came to the business to collect rent.

50.     On June 5, 2018, law enforcement executed a search warrant at MILLS's residence.  Among the items seized was $19,270 in cash, which was located in a cabinet inside the residence.  The cash was separated into numerous, pre-counted bundles, wrapped in pieces of paper with printed handwritten dates, amounts, and locations.  For instance, the locations were identified as S-Therapy and/or Sunflower, or Salina, Kansas and/or Topeka, Kansas.  This currency was seized and forfeited administratively by the FBI.

51.     On same date, a search warrant was executed at GBC International Bank, 168 West Garvey Avenue, Monterey Park, California, regarding safety deposit box #XXX049.  Approximately $12.10 in United States currency was located inside the safety deposit box.  Additionally, a seizure warrant was executed for bank account# XXXX6028 and approximately $2,081.66 was seized.  These are two of the assets for which forfeiture is sought.

52.     The Toyota vehicle discussed herein was seized and forfeited administratively by the FBI.

53.     Based on the foregoing, I have probable cause to believe that SUNFLOWER

AND S-THERAPY were massage parlors that were fronts for illegal prostitution operations and

the funds seized from SUNFLOWER and S-THERAPY during the execution of the search

warrants on June 5, 2018, constitute proceeds derived from the conspiracy to commit violations

of 18 U.S.C. § 1952 and are subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C).

54.     Based on the foregoing, I have probable cause to believe that the funds contained

in the GBC International Bank account and safety deposit box identified in paragraph 2

constitute proceeds derived from the conspiracy to commit violations of 18 U.S.C. § 1952 and

are subject to forfeiture pursuant to 18 U.S.C. §981(a)(1)(C).

I declare under penalty of perjury that the foregoing is true and correct to the best of my

information, knowledge, and belief.

Justin Broxterman
TFO
Federal Bureau of Investigation

Sworn and subscribed before me this __28__ day of April, 2023.

Notary Public

Marla K. Bowman
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP 2-19-2027

21